DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LIANNA C. BIANCO,**
Appellant,

v.

**MATTHEW BIANCO,**
Appellee.

No. 4D22-1252

[February 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case No. FMCE18001080 (36).

Anthony Princi, Norwalk, Connecticut, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***